IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRANCE D. DAVIS,**
    **Plaintiff,**

**vs.**                                        **Case No.: 3:10cv370/RV/MD**

**SANTA ROSA COUNTY JAIL, et al.,**
    **Defendants.**
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this civil rights action on September 24, 2010, by filing a complaint under 42 U.S.C. § 1983 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2). Because plaintiff's application to proceed *in forma pauperis* was deficient, this court entered an order on October 5, 2010 directing plaintiff to pay the $350.00 filing fee within twenty-eight days or correct the deficiency in his *in forma pauperis* application by filing a copy of his inmate trust account statement for the period March 24, 2010 through September 24, 2010. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed.

A copy of the October 5, 2010 order was mailed to plaintiff at his address of record, the Santa Rosa County Jail. However, on October 8, 2010 it was returned as undeliverable marked, "Return to Sender," indicating plaintiff was no longer at that address. (Doc. 5). On its own initiative, the court obtained plaintiff's address upon release and, on November 8, 2010, re-mailed a copy of the order to plaintiff at that

address.[1] (Doc. 6). That copy of the order was not returned. However, plaintiff still did not respond to the order even though another twenty-eight days elapsed.

Accordingly, on December 2, 2010, the court issued an order requiring plaintiff to demonstrate his continued interest in this case by paying the $350.00 filing fee or submitting a new application to proceed *in forma pauperis* on the court form for use by non-prisoners. (Doc. 7). Plaintiff was given fourteen days in which to comply with the order and warned that failure to do so would result in a recommendation that this case be dismissed, without further notice. That deadline has passed, and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 22nd day of December, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**

---

[1] The Santa Rosa County Sheriff's Office online Inmate Search service indicates plaintiff's stated residence upon release as P.O. Box 3949, Pensacola, FL 32516. *See* http://portal.srso.net/smartweb/jail.aspx.

*Case No: 3:10cv370/RV/MD*